JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No: SA CV 22-01534-DOC-(DFMx)          Date: October 24, 2022

Title:  Shawn Brooks-Tudor v. First Transit, Inc. et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Brandon Sweeney | Alejandra Gallegos |
| Jonathan Moon | |

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**
                                     **MOTION TO REMAND [13]**

The case is called. The Court and counsel confer.

The Court hears arguments.

The Court REMANDS the case back to Orange County Superior Court.

All pending hearings are hereby VACATED and removed from calendar.

                                                                                      :     08
                                                                      Initials of Deputy Clerk: kdu